IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DOUG SANDEL, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 6:20-cv-00359-ADA-JCM |
| BART BENKE, Individually and | § | |
| d/b/a BB TRANSPORT, | § | |
|     Defendant. | § | |

**JOINT CONFERENCE REPORT**

COME NOW, Plaintiff **DOUG SANDEL** ("Plaintiff") and Defendant **BART BENKE, Individually and d/b/a BB TRANSPORT** ("Defendant") (collectively the "Parties" herein) and submit this Joint Conference Report as required by the Court's Docket Control Order pursuant to the Rules 16(b) and 26(f). Attorney for Plaintiff David A. Bryant, Jr. and attorney for Defendant Alan Moore conferred and the Parties show the Court as follows:

**I.**

**(A)    What changes should be made in the timing, form or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.**

The Parties agree to exchange their disclosures under Rule 26(a) by July 31, 2020.

**(B)    The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.**

The Parties anticipate conducting discovery into the circumstances of the subject accident and the nature, timing and extent of Plaintiff's injuries. The Parties anticipate completing discovery by March 5, 2021. The Parties do not believe that discovery needs to be conducted in phases.

**(C)  Any issue about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.**

The Parties do not currently anticipate any issues concerning electronically-stored information.

**(D)  Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production – whether to ask the Court to include their agreement in an order under Federal Rule of Evidence 502.**

The Parties do not currently anticipate a need to ask the Court for an Order under Federal Rule of Evidence 502.

**(E)  What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.**

The Parties do not currently believe any additional limitations on discovery are required other than those imposed under the Federal Rules of Procedure or by local rule.

Dated:  July 13, 2020.

Respectfully submitted,

THE BRYANT LAW FIRM





By: _____

David A. Bryant, Jr.
Texas Bar No. 00785730
Email: dbryant@thebryantlawfirm.com
2751 S. Loop 336 West, Suite B
Conroe, Texas 77304
(713) 980-0700 Telephone
(713) 980-0701 Facsimile

And

**DEREK GILLILAND**
State Bar No. 24007239
Sorey, Gilliland & Hull, LLP
109 W. Tyler
Longview, Texas 75601
903.212.2822 (Telephone)
903.212.2864 (Facsimile)
derek@soreylaw.com

**ATTORNEYS FOR PLAINTIFF**

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**

By: */s/ Alan Moore*
       **MARK J. DYER**
       State Bar No. 06317500
       dyer@mdjwlaw.com
       **ALAN MOORE**
       State Bar No. 14320075
       amoore@mdjwlaw.com
       9111 Cypress Waters Blvd., Ste. 250
       Dallas, Texas 75019
       214-420-5500
       214-420-5501 (fax)

**ATTORNEYS FOR DEFENDANT**
**BART BENKE, Individually and d/b/a**
**BB TRANSPORT**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing instrument has been e-served to all attorneys of record, in compliance with the Texas Rules of Civil Procedure, on this the 13th day of July 2020.

David A. Bryant, Jr.
The Bryant Law Firm
2751 S. Loop 336 West, Suite B
Conroe, Texas 77304

Derek Gilliland
Sorey, Gilliland & Hull, LLP
109 W. Tyler
Longview, Texas 75601

       */s/ Alan Moore*
       **ALAN MOORE**